

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00359-CV

CHERYL E. HILL, Appellant

V.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee

Appeal from the County Civil Court at Law No. 4 of Harris County.
(Tr. Ct. No. 1044206).

This is an appeal from the judgment signed by the court below on April 21, 2014. Appellant, Cheryl E. Hill, did not timely file a brief. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed for want of prosecution**.

It is further **ORDERED** that appellant Cheryl E. Hill pay all costs incurred by reason of this appeal.

It is further **ORDERED** that this decision be certified below for observance. Judgment rendered December 3, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Massengale and Brown.